# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | EDCV 17-1748 AG (RAO) | Date: | May 17, 2018 |
| Title: | Rateek Allah v. Doctor Rutledge, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: NOTICE OF SUBMISSION**

On January 31, 2018, the Court directed service of process by the United States Marshal and ordered Plaintiff to submit the necessary documents for service to the U.S. Marshal. Dkt. No. 32. Plaintiff was also directed to file a Notice of Submission by March 2, 2018. *Id.*

On March 14, 2018, the Court granted Plaintiff's request for an extension of time to file his notice of submission. Dkt. No. 38. Plaintiff was ordered to file his notice of submission by April 13, 2018. *Id.* The Court provided Plaintiff with a copy of his First Amended Complaint, the Summons, the Order Directing Service of Process by the United States Marshal with attached Notice of Submission (Dkt. No. 32), and the appropriate number of USM-285 forms. *Id.*

To date, Plaintiff has not filed a Notice of Submission.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **June 15, 2018**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may file his Notice of Submission in accordance with the Court's January 31, 2018 Order Directing Service of Process by the United States Marshal. **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | dl |