UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: EDCV 17-1748 AG (RAO)　　　　　　　　Date: October 22, 2018
Title: Rateek Allah v. Doctor Rutledge, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):　　　　Attorneys Present for Defendant(s):

N/A　　　　　　　　　　　　　　　　　　　　N/A

**Proceedings:**　　(In Chambers) **ORDER TO SHOW CAUSE**

　　On August 29, 2018, the Court issued an order directing Plaintiff to file a report by September 12, 2018, updating the Court on the status of his efforts to prepare and mail service packets to the United States Marshal and to file a Notice of Submission. Dkt. No. 50. To date, Plaintiff has not filed his status report as ordered.

　　Accordingly, **Plaintiff is ordered to show cause, in writing, no later than <u>November 5, 2018</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing and serving his status report on or before this deadline.

　　**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　dl