UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | EDCV 17-1748 AG (RAO) | Date: | January 30, 2019 |
| Title: | Rateek Allah v. Doctor Rutledge, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On November 29, 2018, the Court issued an order directing Plaintiff to file either his notice of submission or a status report of his efforts to prepare and mail service packets by December 28, 2018. Dkt. No. 56. To date, Plaintiff has not filed a notice of submission or status report.

Accordingly, **Plaintiff is ordered to show cause, in writing, no later than <u>February 13, 2019</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing his notice of submission or status report on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

: 
Initials of Preparer    dl