UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


## CIVIL MINUTES – GENERAL

Case No.:  EDCV 17-1748 AG (RAO)                    Date:  June 7, 2019

Title:  Rateek Allah v. Doctor Rutledge, et al.

Present:  The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**          (In Chambers) **ORDER TO SHOW CAUSE**

        Plaintiff's current address of record is U.S. Penitentiary, Allenwood, P.O. Box 3000, White Deer, PA 17887.  However, a search of the online Inmate Locator for the Federal Bureau of Prisons, available at https://www.bop.gov/inmateloc, indicates that Plaintiff is now housed at USP Coleman II, U.S. Penitentiary, P.O. Box 1034, Coleman, FL 33521.  *See Harris v. County of Orange,* 682 F.3d 1126, 1131-32 (9th Cir. 2012) (a court may take judicial notice of undisputed matters of public record).

        *Pro se* plaintiffs must keep the Court apprised of their current address.  *See* Order Re Civil Rights Case, Dkt. No. 16 ("Plaintiff must keep the Court advised of his current address at all times."); Notice of Assignment, Dkt. No. 3 ("Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change."); L.R. 41-6 ("A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.").

        In light of the foregoing, **IT IS ORDERED** that Plaintiff must notify the Court, in writing, on or before **June 28, 2019**, of his current address.  **Plaintiff is cautioned that if he fails to update his current address by the foregoing deadline, this action will be subject to dismissal for failure to prosecute.**

///
///
///
///
///

**CIVIL MINUTES – GENERAL**

Case No.:   EDCV 17-1748 AG (RAO)                    Date:   June 7, 2019

Title:      Rateek Allah v. Doctor Rutledge, et al.

 

**The Clerk is directed to send this order to both Plaintiff's current address of record and his address from the BOP Inmate Locator, which is as follows:  USP Coleman II, U.S. Penitentiary, P.O. Box 1034, Coleman, FL 33521.**

**IT IS SO ORDERED.**

 

 

_____ : _____

Initials of Preparer _____ dl _____