UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | EDCV 17-1748 JAK (RAO) | Date: | February 18, 2020 |
| Title: | Rateek Allah v. Doctor Rutledge, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On January 3, 2020, Defendants filed a Motion to Dismiss ("Motion"). Dkt. No. 82. Also on January 3, 2020, the Court issued an order directing that any Opposition to the Motion be filed by February 3, 2020. Dkt. No. 83. To date, no Opposition has been filed.

**Plaintiff is ordered to show cause, in writing, no later than <u>March 19, 2020</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing an Opposition or a Notice of Non-Opposition to the Motion on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[1]**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | dl |

---

[1] The Court notes that it has previously issued four orders to show cause. *See* Dkt. Nos. 40, 52, 57, 59. Three of the orders to show cause were based on Plaintiff's failure to timely file a notice of submission or status report regarding service, and one was based on Plaintiff's failure to update his address. *See id.*