**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RATEEK ALLAH,<br><br>        Plaintiff,<br><br>    v.<br><br>DOCTOR RUTLEDGE, et al.,<br><br>        Defendants. | Case No. EDCV 17-01748 JAK (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 30), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: May 27, 2020

                                        JOHN A. KRONSTADT<br>                                      UNITED STATES DISTRICT JUDGE