**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No. EDCV 17-01748 JAK (RAO)

RATEEK ALLAH,

          Plaintiff,

    v.

DOCTOR RUTLEDGE, et al.,

          Defendants.

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 27, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE